ROBERTS v. HOYT.

*Appeal from Fremont District Court.*

TUESDAY, OCTOBER 22.

THE essential facts are stated in the opinion of the court delivered by :

WRIGHT, J.—This cause was affirmed at the June Term, 1861, without a formal opinion. An application for a rehearing has since been made, and the same is now overruled upon the following ground:—

The case was submitted to the court below without the intervention of a jury.   Upon all the testimony which is reported to this court, the finding was for plaintiff.   The facts were not found, however ; nor was there any motion for a new trial.   Upon the authority of *Warner* v. *Pace*, 10 Iowa 391 and *Corner & Co.* v. *Gaston*, Ib. 512, we can not review the finding.

Petition overruled.